**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00681-CMA-BNB

VARANESE E. ROLFE,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

---

**ORDER FOR REMAND TO THE DISTRICT COURT
OF EL PASO COUNTY, COLORADO**

---

    The Court, having reviewed the Parties' Stipulated Motion for Remand to the District Court of El Paso County (Doc. # 11) and being fully advised in the premises, hereby ORDERS that the Stipulated Motion is GRANTED.  It is

    FURTHER ORDERED that the Clerk of Court REMAND this action to the District Court for El Paso County, Colorado from which this case was removed.  It is

    FURTHER ORDERED that Plaintiff shall not, in the State Court Action, seek a judgment against the Defendant in excess of $75,000.00.

    DATED:  May __13__, 2011

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge